**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6058**

---

MOSES BARNES,

                                  Petitioner - Appellant,

    versus

NORTH CAROLINA ATTORNEY GENERAL; STEPHEN D.
MULLER; MIKE EASLEY,

                                  Respondents - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CA-99-75-1)

---

Submitted:  May 23, 2000           Decided:  June 23, 2000

---

Before MICHAEL and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Moses Barnes, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Moses Barnes seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Barnes v. North Carolina Attorney Gen., No. CA-99-75-1 (M.D.N.C. Dec. 21, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                        DISMISSED

---

[*] Although the magistrate judge relied upon Green v. French, 143 F.3d 865 (4th Cir. 1998), denial of habeas corpus relief was still correct under the standards announced in Williams v. Taylor, 529 U.S. ___, ___, 2000 WL 385369, *28 (U.S. Apr. 18, 2000) (No. 98-8384).